AO 241 (Rev. 09/17)

PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | Southern | District: of Mississippi |
|---|---|---|

| Name (under which you were convicted): Jerry Beale, Jr. | Docket or Case No.: 1:23cv349 HSO-RPM |
|---|---|

| Place of Confinement: SMCI, Leakesville, MS. Greene County | Prisoner No.: 228895 |
|---|---|

| Petitioner (include the name under which you were convicted) JERRY BEALE, JR. | v. | Respondent (authorized person having custody of petitioner) SUPERINTENDENT BRAND HUFFMAN |
|---|---|---|

The Attorney General of the State of: MISSISSIPPI

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
DEC - 4 2023
ARTHUR JOHNSTON
BY_____ DEPUTY

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   Circuit Court DeSoto County, Mississippi
   2535 Hwy. 51 S., Rm. 201
   Hernando, Mississippi 38632

   (b) Criminal docket or case number (if you know): CR 2018-0759-CWD.

2. (a) Date of the judgment of conviction (if you know): February 26, 2020.

   (b) Date of sentencing: February 26, 2020.

3. Length of sentence: Thirty-(35) years

4. In this case, were you convicted on more than one count or of more than one crime?  ☑ Yes  ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case: One count of attempted murder on police officer Colin Hall and one count of attempted murder on police officer Mary Fite.

6. (a) What was your plea? (Check one)

   ☑ (1) Not guilty       ☐ (3) Nolo contendere (no contest)

   ☐ (2) Guilty           ☐ (4) Insanity plea

Page 2 of 16

AO 241 (Rev. 09/17)

 (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?   N/A

N/A
N/A
N/A
N/A
N/A

 (c) If you went to trial, what kind of trial did you have? (Check one)

  ☑ Jury    ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

   ☐ Yes    ☑ No

8. Did you appeal from the judgment of conviction?

   ☑ Yes    ☐ No

9. If you did appeal, answer the following:

 (a) Name of court: Supreme Court of Mississippi.
 (b) Docket or case number (if you know): 2020-CT-00614-SCT.
 (c) Result: Affirmed conviction and sentence.
 (d) Date of result (if you know): May 18, 2023
 (e) Citation to the case (if you know): unknown
 (f) Grounds raised: (1) Defective indictment for failure to allege what act Beale committed in furtherance of attempt to kill; (2) Jury instructions constructively amended indictment, requiring jury find Beale shot at officers (missing element); and (3) Trial court erred in allowing the State to introduce hearsay testimony -- which tended to prove Beale's intent to kill officers.

 (g) Did you seek further review by a higher state court?   ☐ Yes   ☑ No

  If yes, answer the following:

  (1) Name of court:   N/A
  (2) Docket or case number (if you know):   N/A
  (3) Result:   N/A

N/A

Page 3 of 16

AO 241 (Rev. 09/17)

    (4) Date of result (if you know): N/A

    (5) Citation to the case (if you know): N/A

    (6) Grounds raised: N/A
N/A
N/A
N/A

(h) Did you file a petition for certiorari in the United States Supreme Court? ☑ Yes ☐ No

If yes, answer the following:

    (1) Docket or case number (if you know): unknown

    (2) Result: Denied

    (3) Date of result (if you know): July 19, 2023

    (4) Citation to the case (if you know): unknown

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court? ☐ Yes ☑ No

11. If your answer to Question 10 was "Yes," give the following information:

(a)   (1) Name of court: N/A

    (2) Docket or case number (if you know): N/A

    (3) Date of filing (if you know): N/A

    (4) Nature of the proceeding: N/A

    (5) Grounds raised: N/A
N/A
N/A
N/A
N/A
N/A
N/A
N/A
N/A

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion? ☐ Yes ☑ No

    (7) Result: N/A

AO 241 (Rev. 09/17)

   (8) Date of result (if you know):    N/A

 (b) If you filed any second petition, application, or motion, give the same information:

   (1) Name of court:    N/A

   (2) Docket or case number (if you know):    N/A

   (3) Date of filing (if you know):    N/A

   (4) Nature of the proceeding:    N/A

   (5) Grounds raised:    N/A

     N/A
     N/A
     N/A
     N/A
     N/A
     N/A
     N/A

   (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☐ Yes   ☒ No

   (7) Result:    N/A

   (8) Date of result (if you know):    N/A

 (c) If you filed any third petition, application, or motion, give the same information:

   (1) Name of court:    N/A

   (2) Docket or case number (if you know):    N/A

   (3) Date of filing (if you know):    N/A

   (4) Nature of the proceeding:    N/A

   (5) Grounds raised:    N/A

     N/A
     N/A
     N/A
     N/A
     N/A
     N/A
     N/A
     N/A

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes ☑ No

(7) Result: _____N/A_____

(8) Date of result (if you know): _____N/A_____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition: ☐ Yes ☑ No

(2) Second petition: ☐ Yes ☑ No

(3) Third petition: ☐ Yes ☑ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:
_____N/A_____
_____N/A_____

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:** Defective indictment - failure to allege what act Beale committed in furtherance of attempt to kill officers.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
The evidence shows that there was no proof presented by the prosecution that satisfied the essential element of "intent to kill."

(b) If you did not exhaust your state remedies on Ground One, explain why: _____N/A_____
_____N/A_____
_____N/A_____
_____N/A_____
_____N/A_____
_____N/A_____
_____N/A_____

AO 241 (Rev. 09/17)

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☑ Yes ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: N/A

N/A

N/A

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: N/A

Name and location of the court where the motion or petition was filed: N/A

N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

N/A

N/A

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☑ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☑ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: N/A

N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

N/A

N/A

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N/A

N/A

N/A

N/A

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: ___NONE___

**GROUND TWO:** ___Jury instructions improperly constructively amended the indictment.___

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
___The jury instructions improperly constructively amended the indictment-- requiring jury find that Beale shot at officers in his attempt to kill (an element not contained in the indictment.___

(b) If you did not exhaust your state remedies on Ground Two, explain why: ___N/A___
___N/A___
___N/A___
___N/A___

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☒ Yes ☐ No

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: ___N/A___
___N/A___
___N/A___

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
☐ Yes ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: ___N/A___

Name and location of the court where the motion or petition was filed: ___N/A___
___N/A___
___N/A___

Docket or case number (if you know): ___N/A___

AO 241 (Rev. 09/17)

Date of the court's decision: _____ N/A _____

Result (attach a copy of the court's opinion or order, if available): _____ N/A _____

N/A

N/A

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☑ No

(4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☑ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____ N/A _____

N/A

Docket or case number (if you know): _____ N/A _____

Date of the court's decision: _____ N/A _____

Result (attach a copy of the court's opinion or order, if available): _____ N/A _____

N/A

N/A

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N/A

N/A

N/A

N/A

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: _____ NONE _____

**GROUND THREE:** Trial court erred in allowing the prosecution to introduce hearsay testimonial evidence.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The trial court erred in allowing the prosecution to introduce hearsay testimony through police officer Colin Hall--which went to prove Beale's intent to kill officers.

(b) If you did not exhaust your state remedies on Ground Three, explain why: N/A

N/A
N/A
N/A

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☑ Yes ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: N/A

N/A
N/A

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: N/A

Name and location of the court where the motion or petition was filed: N/A

N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

N/A
N/A

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☑ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☑ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: N/A

N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

N/A
N/A
N/A

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:
N/A
N/A
N/A

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: NONE

**GROUND FOUR:** N/A
N/A

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
N/A
N/A
N/A
N/A
N/A
N/A
N/A

(b) If you did not exhaust your state remedies on Ground Four, explain why: N/A
N/A
N/A
N/A
N/A

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☒ Yes ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: N/A
N/A
N/A

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
☒ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: N/A

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed: N/A

N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

N/A

N/A

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☒ No

(4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☒ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: N/A

N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

N/A

N/A

N/A

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N/A

N/A

N/A

N/A

N/A

N/A

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: NONE

AO 241 (Rev. 09/17)

13. Please answer these additional questions about the petition you are filing:

  (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? ☑ Yes ☐ No

  If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: N/A
  N/A
  N/A
  N/A

  (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:
  NONE

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? ☐ Yes ☐ No

  If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. N/A
  N/A
  N/A
  N/A
  N/A
  N/A
  N/A
  N/A

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? ☐ Yes ☐ No

  If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. N/A
  N/A
  N/A
  N/A
  N/A

Page 13 of 16

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

    (a) At preliminary hearing: _____

    (b) At arraignment and plea: _____

    (c) At trial: _____

    (d) At sentencing: _____

    (e) On appeal: _____

    (f) In any post-conviction proceeding: Pro Se

    (g) On appeal from any ruling against you in a post-conviction proceeding: Pro Se

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   ☐ Yes   ☒ No

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future: N/A  N/A

    (b) Give the date the other sentence was imposed: N/A

    (c) Give the length of the other sentence: N/A

    (d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   ☐ Yes   ☐ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

The Supreme Court of Mississippi made a final judgment in this case on May 18, 2023. This instant petition for federal writ of Habeas Corpus, is being filed with one (1) year of said date (05/18/23). Thus, this petition is filed in a timely manner

Page 14 of 16

AO 241 (Rev. 09/17)

Pursuant to the AntiTerrorism and effective Death Penalty Act of 1996 (AEDPA).

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

    (1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

        (A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

        (B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

        (C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

        (D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2)  The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: __Vacate Conviction and set aside sentence in DeSoto County, Mississippi Cause No. 2022-CT-00614-SCT.,__

or any other relief to which petitioner may be entitled.

_____N/A_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____ (month, date, year).

Executed (signed) on _____ (date).

_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

N/A
N/A
N/A
N/A

Page 16 of 16